## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Brandon Jamar Watson

                    **Debtor(s)**

Lakeview Loan Servicing, LLC

                    **Movant**

     **vs.**

Brandon Jamar Watson

                    **Respondent(s)**

CHAPTER 13
BK. NO. 20-12126 PMM

## CERTIFICATION OF SERVICE

       I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by

first class mail, postage pre-paid, upon the parties listed below on **June 5, 2020**.

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

Brandon Jamar Watson
46 South Ann Street
Lancaster, PA 17602

Date: June 5, 2020

                                By: **/s/ Rebecca A. Solarz, Esquire**
                                    Rebecca A. Solarz, Esquire
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    215-627-1322
                                    Attorney for Movant/Applicant