Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 20-12126-PMM**

Brandon Jamar Watson  
46 South Ann Street  
Lancaster  PA    17602

Petition Filed Date: 04/27/2020  
341 Hearing Date: 06/02/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/11/2020 | $1,235.00 | | 05/28/2020 | $1,235.00 | | 06/29/2020 | $1,235.00 | |
| 08/03/2020 | $1,240.00 | | | | | | | |

**Total Receipts for the Period: $4,945.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,945.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,945.00 | Current Monthly Payment: | $1,235.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($1,240.00) |
| Paid to Trustee: | $494.50 | Total Plan Base: | $74,100.00 |
| Funds on Hand: | $4,450.50 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.