# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brandon Jamar Watson<br>                    Debtor<br><br>Lakeview Loan Servicing, LLC<br>                    Movant<br>        vs.<br><br>Brandon Jamar Watson<br>                    Debtor<br><br>Scott F. Waterman, Esquire<br>                    Trustee | CHAPTER 13<br><br><br>NO. 20-12126 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about June 5, 2020 (Document No. 16).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

September 30, 2020