**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Brandon Jamar Watson,** | : | Chapter 13 |
| Debtor | : | Bky. No. 20-12126 PMM |

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation (doc. no. 8) filed by the Debtor's counsel, Paul Donald Murphy- Ahles ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $4,000.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation less $1,560.00 which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the confirmed Plan.

*Patricia M. Mayer*

**Date:** October 2, 2020

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**