United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 20-12126-pmm
Brandon Jamar Watson | Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: Virginia  Page 1 of 1
Date Rcvd: Oct 02, 2020  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

**Recip ID    Recipient Name and Address**
db           + Brandon Jamar Watson, 46 South Ann Street, Lancaster, PA 17602-3759

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020           Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:**

**Name        Email Address**

PAUL DONALD MURPHY-AHLES
             on behalf of Debtor Brandon Jamar Watson pmurphy@dplglaw.com  kgreene@dplglaw.com

REBECCA ANN SOLARZ
             on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
             ECFMail@ReadingCh13.com

United States Trustee
             USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**Brandon Jamar Watson,**     :     Chapter 13

      **Debtor**     :     Bky. No. 20-12126 PMM

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation (doc. no. 8) filed by the Debtor's counsel, Paul Donald Murphy- Ahles ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $4,000.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation less $1,560.00 which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the confirmed Plan.

**Date:** October 2, 2020

                                                  **PATRICIA M. MAYER**
                                                  **U.S. BANKRUPTCY JUDGE**