| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-12126-PMM**

Brandon Jamar Watson
46 South Ann Street
Lancaster  PA    17602

Petition Filed Date: 04/27/2020
341 Hearing Date: 06/02/2020
Confirmation Date: 10/01/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/11/2020 | $1,235.00 | | 05/28/2020 | $1,235.00 | | 06/29/2020 | $1,235.00 | |
| 08/03/2020 | $1,240.00 | | 02/01/2021 | $3,000.00 | | 03/29/2021 | $4,753.68 | |
| 04/20/2021 | $1,300.00 | | 05/10/2021 | $1,300.00 | | 05/24/2021 | $1,300.00 | |

**Total Receipts for the Period:  $16,598.68    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $16,598.68**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL D. MURPHY-AHLES | Attorney Fees | $2,440.00 | $2,440.00 | $0.00 |
| 1 | M&T BANK<br>»» 001 | Mortgage Arrears | $67,141.11 | $12,770.42 | $54,370.69 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,598.68 | Current Monthly Payment: | $1,292.28 |
| Paid to Claims: | $15,210.42 | Arrearages: | ($23.16) |
| Paid to Trustee: | $1,388.26 | Total Plan Base: | $77,312.68 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.