**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Brandon Jamar Watson | **Chapter** 13 |
| **Debtor(s)** | **Case No.** 20-12126-PMM |
| | **Matter:** Motion for Mortgage Modification |

### NOTICE

Debtor(s) have filed a Motion for Mortgage Modification with the Court for approval of a loan modification of their first mortgage.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the Court to grant relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **February 25, 2022** you or your attorney must file a response to the Motion *(see instructions on reverse)*.

A hearing on the above-referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**The Gateway Building**<br>**201 Penn Street, 4ᵗʰ Floor Courtroom**<br>**Reading, PA 19601** | **Date: March 3, 2022**<br><br>**Time: 11:00 AM** |

Unless the Court orders otherwise, the hearing on this contested matter will be an <u>evidentiary hearing</u>.

If you do not file a response to the Motion, the Court may cancel the hearing and enter an order granting the relief requested in the Motion.

You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed a response.

If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if a request copy from the attorney whose name and address is listed below.

Date: February 4, 2022

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

### FILING INSTRUCTIONS

If you are required to file documents electronically by Local Bankruptcy Rule 5005-01, you must file your response electronically.

If you are not required to file electronically, you must file your response at:

Office of the Clerk of Courts
United States Bankruptcy Court
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the reverse side of this Notice.

On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the same Response to Debtor(s)' attorney whose name and address is listed on the reverse side of this Notice.